IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00641-RPM-KLM

**ROBERT TAFOYA,**

    **Plaintiff,**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,**

    **Defendant.**

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

The Court having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: April 19th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge